FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Center for Immigration Studies | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| US Customs and Border Protection | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

> U.S. Customs and Border Protection
> 1300 Pennslyvania Ave, NW
> Washington, DC 20229

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Julie Axelrod
> Center for Immigration Studies
> 1629 K Street, NW
> Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____     _____
                                  *Signature of Clerk or Deputy Clerk*